# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 13, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143442

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

      SC:    143442
      CoA:  296777
      Wayne CC:  09-020825-FC

BISHOP PERRY,
      Defendant-Appellant.

_____

      On order of the Chief Justice, defendant-appellant is ordered to show cause in writing within 14 days why his application for leave to appeal should not be dismissed for failure to pay the entry fee prescribed by MCR 7. 319(B)(7).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 13, 2011

_____
Clerk